

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00296-CV

| | | |
|---|---|---|
| Steven Jeffrey Johnson | § | From the 342nd District Court |
| | § | of Tarrant County (342-245297-10) |
| v. | | |
| | § | March 26, 2015 |
| Michele Jean Johnson | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that appellant Steven Jeffrey Johnson shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
    Justice Bonnie Sudderth